UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CNA HOLDINGS, INC. AND<br>CELANESE AMERICAS<br>CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>KAYE SCHOLER LLP,<br>ROBERT B. BERNSTEIN, AND<br>MICHAEL D. BLECHMAN,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:08CV1032-B |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
OR, ALTERNATIVELY, TO TRANSFER VENUE**

TO THE HONORABLE JANE J. BOYLE, UNITED STATE DISTRICT JUDGE:

Defendants Kaye Scholer LLP, Robert B. Bernstein, and Michael D. Blechman (collectively, "Defendants") respectfully move the Court, pursuant to FED. R. CIV. P. 12(b)(2), to dismiss for lack of personal jurisdiction. Alternatively, Defendants move, pursuant to 28 U.S.C. § 1404(a), to transfer to the Southern District of New York, which already has two related actions and provides a more convenient forum for adjudicating all claims. In support of this Motion, Defendants file the accompanying Brief, which is incorporated by reference.

                    Respectfully submitted,

                    /s/ George M. Kryder
                    George M. Kryder
                      State Bar No. 11742900
                    Gabriela A. Gallegos
                      State Bar No. 24040943
                    VINSON & ELKINS L.L.P.
                    3700 Trammell Crow Center
                    2001 Ross Avenue
                    Dallas, Texas 75201-2975
                    Telephone: (214) 220-7700
                    Fax: (214) 220-7716

                    *Attorneys for Defendants Kaye Scholer LLP, Robert B. Bernstein, and Michael D. Blechman*

OF COUNSEL
John K. Villa (*Pro hac* motion pending)
David S. Blatt (*Pro hac* motion pending)
Patrick H. Kim (*Pro hac* motion pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

## CERTIFICATE OF SERVICE

    I certify that on July 7, 2008, I electronically filed the foregoing document with the District Clerk for the U.S. District Court, Northern District of Texas, using the CM/ECF system of the Court and have served copies on the following attorneys of record:

Paul J. Zoeller
Thomas P. Ludwig
Kasowitz, Benson, Torres & Friedman, LLP
700 Louisiana St., Suite 2200
Houston, TX 77002-2730

                    /s/ George M. Kryder

Dallas 1423288v.2