UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CNA HOLDINGS, INC. AND CELANESE AMERICAS CORPORATION, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:08CV1032-B |
| KAYE SCHOLER LLP, ROBERT B. BERNSTEIN, AND MICHAEL D. BLECHMAN, | § § § § | |
| Defendants. | § § | |

## APPENDIX TO BRIEF IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, ALTERNATIVELY, TO TRANSFER VENUE

OF COUNSEL
John K. Villa (*Pro hac* motion pending)
David S. Blatt (*Pro hac* motion pending)
Patrick H. Kim (*Pro hac* motion pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

George M. Kryder
   State Bar No. 11742900
Gabriela A. Gallegos
   State Bar No. 24040943
VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Telephone:  (214) 220-7700
Fax:  (214) 220-7716

*Attorneys for Defendants Kaye Scholer LLP, Robert B. Bernstein, and Michael D. Blechman*

**Appendix**

| Document | Exhibit |
|---|---|
| Transcript of Hearing (June 6, 2006) | 1 |
| Declaration of Michael A. Leonardi ("Kaye Scholer Declaration") | 2 |
| Declaration of Michael D. Blechman | 3 |
| Declaration of Robert B. Bernstein | 4 |
| Bernstein Deposition Transcript (Jan. 18, 2007) | 5 |
| Notice of Appearance (dated Apr. 19, 2006) | 6 |
| Complaint (filed June 19, 2008) | 7 |
| *Fluharty v. Lewis, Rice & Fingersh, LLC*, No. 3:04-CV-1177-B, slip op. (N.D. Tex. May 15, 2005) | 8 |

Respectfully submitted,

/s/ George M. Kryder
George M. Kryder
  State Bar No. 11742900
Gabriela A. Gallegos
  State Bar No. 24040943
VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Telephone: (214) 220-7700
Fax: (214) 220-7716

*Attorneys for Defendants Kaye Scholer LLP, Robert B. Bernstein, and Michael D. Blechman*

OF COUNSEL
John K. Villa (*Pro hac* motion pending)
David S. Blatt (*Pro hac* motion pending)
Patrick H. Kim (*Pro hac* motion pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

**APPENDIX TO BRIEF IN SUPPORT OF MOTION TO DISMISS FOR PERSONAL JURISDICTION OR, ALTERNATIVELY, TO TRANSFER VENUE – Page 1**

## CERTIFICATE OF SERVICE

I certify that on July 7, 2008, I electronically filed the foregoing document with the District Clerk for the U.S. District Court, Northern District of Texas, using the CM/ECF system of the Court and have served copies on the following attorneys of record:

Paul J. Zoeller
Thomas P. Ludwig
Kasowitz, Benson, Torres & Friedman, LLP
700 Louisiana St., Suite 2200
Houston, TX 77002-2730

/s/ George M. Kryder

Dallas 1428250v.1